# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ARIADNA JACOB and INFLUENCES, INC.

Plaintiff,

-v-

TAYLOR LORENZ and THE NEW YORK TIMES COMPANY

Defendant.

Case No. 21-cv-06807

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFFS (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** AUGUST 12, 2021

**Signature of Attorney**

**Attorney Bar Code:** MS-9406

Form Rule7_1.pdf   SDNY Web 10/2007