UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------------X

ARIADNA JACOB and INFLUENCES, INC.,   :

       :     Case No. 1:21-cv-06807 (ER)

     Plaintiffs,   :

       :

   - against -   :

       :

TAYLOR LORENZ and THE NEW YORK   :
TIMES COMPANY,   :

       :

     Defendants.   :

---------------------------------------------------------------------------X

## STATEMENT PURSUANT TO FRCP RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, NY
     October 18, 2021

          */s/ Katherine M. Bolger*
          Katherine M. Bolger
          DAVIS WRIGHT TREMAINE LLP
          1251 Avenue of the Americas, 21st Floor
          New York, NY 10020-1104
          Phone: (212) 489-8230
          Fax:   (212) 489-8340
          katebolger@dwt.com

          *Attorney for Defendants The New York*
          *Times Company and Taylor Lorenz*