AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York ▾

| | | |
|---|---|---|
| Jacob, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-6807 |
| Lorenz, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Taylor Lorenz and The New York Times Company                              .

Date:     10/22/2021

/s/ Nimra H. Azmi
*Attorney's signature*

Nimra H. Azmi, 5466693
*Printed name and bar number*
Davis Wright Tremaine LLP
1251 6th Ave 21st Floor
New York, NY 10020

*Address*

nimraazmi@dwt.com
*E-mail address*

(212) 402-4072
*Telephone number*

(212) 489-8340
*FAX number*