

MEMO ENDORSED

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine Bolger**
(212) 402-4068 tel
(212) 489-8340 fax

katebolger@dwt.com

December 14, 2021

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The application is     X   granted
                          ___denied

_____
Edgardo Ramos, U.S.D.J.
Dated: December 14, 2021
New York, New York 10007

Re:     *Jacob v. Lorenz*, Case No. 1:21-cv-06807 (ER)

Dear Judge Ramos:

We represent Defendants Taylor Lorenz and The New York Times Company ("Defendants") in the above-referenced action. We write pursuant to your Individual Rule 1(E) to request a three-day extension in our time to move to dismiss Plaintiff's First Amended Complaint.

Plaintiffs filed their First Amended Complaint on November 19, 2021. (Dkt. No. 13). Per this Court's minute order of November 12, 2021, Defendants' response to the Complaint is due on December 20, 2021. Defendants now respectfully request a three-day extension of time to respond to the Complaint such that their response is due on December 23, 2021. This is Defendants' first request for an extension. The reason for the instant request is that undersigned counsel for Defendants is wrestling with a bout of the flu. Counsel for Plaintiffs has courteously consented to this request.

Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

Katherine M. Bolger

cc:     Counsel for Plaintiffs via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.