

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Katherine Bolger**
(212) 402-4068 tel
(212) 489-8340 fax

katebolger@dwt.com

December 23, 2021

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Jacob v. Lorenz*, Case No. 1:21-cv-06807 (ER)

Dear Judge Ramos:

    We represent Defendants Taylor Lorenz and The New York Times Company ("Defendants") in the above-referenced action. We write pursuant to your Individual Rule 2.D to request that this Court hear oral argument on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint filed concurrently herewith.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    Davis Wright Tremaine LLP

    Katherine M. Bolger

cc:    Counsel for Plaintiffs via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4857-3533-1079v.2 0034735-000114