**Reiss Sheppe LLP**

ATTORNEYS AT LAW

**MEMO ENDORSED**

MATTHEW SHEPPE
STEPHEN FRIEDMAN
AMIR KORNBLUM
DORAN GOLUBTCHIK

MIRIAM AZIZI (not yet admitted)

425 MADISON AVENUE, FLOOR 19
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 753-2424
FAX: (212) 753-3829

The application is   X   granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: January 18, 2022
New York, New York 10007

January 14, 2022

<u>BY ECF</u>

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    re:    <u>Jacob v. Lorenz, 1:21-cv-06807 (ER)</u>

Dear Judge Ramos:

    We represent Plaintiffs in the above-referenced action and write on behalf of all parties pursuant to your Individual Rule 1(E) to request a short extension of time for both parties on the remaining briefing schedule on Defendants' motion to dismiss, extending Plaintiffs' time to serve and file their opposition papers from January 20, 2022 until January 24, 2022, and correspondingly extending Defendants' time to serve and file their reply papers from February 4, 2022 to February 8, 2022.

    Defendants initially filed their motion to dismiss on December 23, 2021 (Dkt. Nos. 16-19) after being granted a three-day extension of time by the Court. Per this Court's minute order of November 12, 2021, Plaintiffs' opposition papers are currently due on January 20, 2022. The reason for the request is that given the initial extension Defendants received to file their moving brief, Plaintiffs not only received Defendants' moving papers right before the Christmas holiday but were also left with less time than the Court initially allotted to file their opposition papers. Consistent with Plaintiffs' request, Defendants would like an additional four days for their reply papers, so they are still allotted two weeks for their reply.

    All parties have consented to the requests contained herein. Accordingly, the parties respectfully request that the Court grant the additional time requested herein on the motion to dismiss briefing schedule. Please let me know if we can provide the Court with any additional information.

                                                  Respectfully submitted,

                                                  Matthew Sheppe

cc:    Counsel for Defendants (via ECF)
        J. Sibley, Esq. (via ECF)