# EXHIBIT B

EXHIBIT A to Settlement Agreement

8/12/2022

To Whom It May Concern:

My name is Kyle Oreffice. I am the president of Quantum Stocks, which owns and operates the website https://www.quantumstocktrading.com/ (the "Quantum Website").

On July 13, 2019, and thereafter, an online article titled "The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors" (the "Article") was published on https://www.quantumstocktrading. com/aryascam/, which is a website that I maintain. The Article accused Arya Toufanian of being a fraud, a scammer of his customers, and of operating a "pyramid scheme of scams."

I was a source of information for Ms. Taylor Lorenz, a New York Times (NYT) reporter (currently a reporter with The Washington Post), and provided her with information that she used for her November 6, 2019 article "Thousands of College Kids Paid to Work for a Viral Party Kingpin. What Could Go Wrong?" In the article, Ms. Lorenz asserts that Mr. Toufanian "promised students Instagram fame, then silenced them with threats". Ms. Lorenz never asked me for any documentary proof showing that Mr. Toufanian defrauded or scammed anyone, or that Mr. Toufanian was operating any kind of a pyramid scheme. I was also the founder of GroupMe 'Group Chat' whose members were directed to source information to Ms. Lorenz for her article.

I did not provide any material to Ms. Lorenz to support a tweet thread she wrote about Mr. Toufanian that reads: "................ yet don't put any of that energy into actual scammers defrauding ppl of tens of thousands of $ on insta ...........Like, take a look into some other social media 'influencers" (especially the men), and put some of that energy into holding them as accountable is all I'm saying." Copy of tweet attached herein.

There is some information in the Article or other publications that I created or published online or through social media about Mr. Toufanian that were not accurate. Also, some of the information and statements about Mr. Toufanian that I provided to Ms. Lorenz were not accurate at the time I communicated them to her. As examples, I do not have any knowledge or evidence of Mr. Toufanian running a pyramid scheme or stealing money from anyone. After contemplation and review of notes and documents in my possession and my

1

EXHIBIT A to Settlement Agreement

correspondence with third parties regarding Mr. Toufanian, I now realize there was not and is not any evidence or grounds for the statements made about Arya Toufanian in my Article.

My company and I do not own, control, possess, manage, and/or run, nor are we aware of the identity of the persons or entities that own, control, possess, manage, and/or run the Instagram accounts with the handles @arya_stockscammer, @aryatoufanianscams, @arya_scams, and @sensastocks_scam. I understand these Instagram handles are inspired by and contain material similar to those in my article "The Douche of Wall Street: How Arya Toufanian Scams Innocent Investors".

I have removed the Article from the Quantum Website and all locations on the Internet where I was able to locate the Article, and I have removed from the Internet and social media platforms all statements that I previously made about Mr. Toufanian.

At the time of publishing the Article and the statements about Mr. Toufanian, I did not appreciate the degree of actual damage they may have inflicted on Mr. Toufanian.

TO BE SIGNED AND NOTARIZED

_____      ___8/17/2022___
Kyle Oreffice                                              Date

State: Colorado
County: Routt

This document was acknowledged before me by Kyle Oreffice on 08/17/2022.

X _____

MATTHEW NEWLAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204041228
My Commission Expires November 24, 2024

2

EXHIBIT A to Settlement Agreement

