

177 Post Street, Suite 700
San Francisco, CA 94108

Harmeet K. Dhillon
Phone: 415.433.1700
Harmeet@dhillonlaw.com

February 13, 2023

**Via ECF**
The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Jacob, et al. v. Lorenz, et al.*, Case No. 1:21-cv-06807 (ER)
               Request for Oral Argument

Dear Judge Ramos:

    We represent Plaintiffs Ariadna Jacob ("Jacob") and Influences, Inc. ("Influences") (collectively, "Plaintiffs") in above-captioned matter. In accordance with Your Honor's Individual Rule 2.D, Plaintiffs hereby request that the Court hear oral argument on Defendants The New York Times Company and Taylor Lorenz's Motion to Dismiss Second Amended Complaint.

    We appreciate Your Honor's consideration of this request.

                                             Respectfully yours,

                                             Harmeet K. Dhillon