UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIADNA JACOB and INFLUENCES, INC.

                          Plaintiffs,

    -against-

TAYLOR LORENZ, and THE NEW YORK TIMES
COMPANY,

                          Defendants.

No.: 1:21-cv-06807-ER

---

### PLAINTIFFS ARIADNA JACOB AND INFLUENCES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS THE NEW YORK TIMES COMPANY AND TAYLOR LORENZ'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Harmeet K. Dhillon
Krista L. Baughman
Jesse D. Franklin-Murdock*
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Tel: (415) 443-1700
Fax: (415) 520-6593
Email: Harmeet@dhillonlaw.com;
KBaughman@dhillonlaw.com;
JFranklin-Murdock@dhillonlaw.com

Ronald D. Coleman
DHILLON LAW GROUP INC.
50 Park Place, Suite 1105
Newark, New Jersey 07102
Tel: (973) 298-1723
Fax: (415) 520-6593
Email: RColeman@dhillonlaw.com

Matthew S. Sarelson
DHILLON LAW GROUP INC.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
Tel: (415) 682-6827
Fax: (305) 448-5800
Email: MSarelson@dhillonlaw.com

Joseph Sibley*
CAMARA & SIBLEY LLP
1108 Lacava Street, Suite 110263
Austin, Texas 78701
Tel: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs
Ariadna Jacob and Influences, Inc.*

i

Plaintiffs Ariadna Jacob and Influences, Inc. (together, "Plaintiffs"), hereby provide the Court with supplemental authority in support of their Memorandum of Law in Opposition to Defendants The New York Times Company and Taylor Lorenz's (together, "Defendants") Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion").

On May 10, 2023, the Court of Appeal of the State of California, Second Appellate District, Division Eight, decided *Collins v. Waters*, --- Cal. Rptr. 3d ---, 2023 WL 3331551 (Cal. Ct. App. May 10, 2023), a copy of which is attached hereto as **Exhibit A**. While not binding on this Court, the *Collins* decision involved considerable discussion of the constitutional actual malice standard, including how willful blindness by a defendant who is "committed to the project and would rather not know [the truth]" and engages in a "purposeful effort to maintain plausible deniability" is probative of actual malice. *Id.* at pp. 2, 12, 16–18. These are the same types of allegations Plaintiffs make in their defamation claim against Defendants.

Plaintiffs respectfully request that the Court consider *Collins* as persuasive authority in deciding the pending Motion.

Dated: May 18, 2023

**DHILLON LAW GROUP INC.**

/s/ *Harmeet K. Dhillon*
Harmeet K. Dhillon
Krista L. Baughman
Jesse D. Franklin-Murdock*
177 Post Street, Suite 700
San Francisco, California 94108
Tel: (415) 443-1700
Fax: (415) 520-6593
Email: Harmeet@dhillonlaw.com;
KBaughman@dhillonlaw.com;
JFranklin-Murdock@dhillonlaw.com

Matthew S. Sarelson
1601 Forum Place, Suite 403

West Palm Beach, Florida 33401
Tel: (415) 682-6827
Fax: (305) 448-5800
Email: MSarelson@dhillonlaw.com

Ronald D. Coleman
50 Park Place, Suite 1105
Newark, New Jersey 07102
Tel: (973) 298-1723
Fax: (415) 520-6593
Email: RColeman@dhillonlaw.com

*Attorneys for Plaintiffs*

**CAMARA & SIBLEY LLP**

/s/ *Joseph Sibley*
Joseph Sibley*
1108 Lacava Street, Suite 110263
Austin, Texas 78701
Tel: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vic*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of May 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Harmeet K. Dhillon*
Harmeet K. Dhillon
