UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

ARIADNA JACOB and INFLUENCES, INC.

                           Plaintiffs,

    -against-

TAYLOR LORENZ, and THE NEW YORK TIMES
COMPANY,

                       Defendants.

----------------------------------------------------------

No.: 1:21-cv-06807-ER

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

Judge: Hon. Edgardo Ramos

Trial Date: None

Pursuant to Rule 41(a)(1)(A)(ii) all parties hereby stipulate that this action be dismissed

with prejudice, with all parties bearing their own costs and attorneys' fees.

Date: February 23, 2024            **DHILLON LAW GROUP INC.**

By:_____
Matthew S. Sarelson
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
Tel: (415) 682-6827
Email: MSarelson@dhillonlaw.com

Harmeet K. Dhillon
Harmeet@dhillonlaw.com
Krista L. Baughman
KBaughman@dhillonlaw.com
Jesse D. Franklin-Murdock*
JFM@dhillonlaw.com
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
Tel: (415) 433-1700

1

Ronald D. Coleman
50 Park Place, Suite 1105
Newark, New Jersey 07102
Tel: (973) 298-1723
Email: RColeman@dhillonlaw.com

Attorneys for Plaintiffs

**CAMARA & SIBLEY LLP**

Joseph Sibley*
1108 Lacava Street, Suite 110263
Austin, Texas 78701
Tel: (713) 966-6789
Email: sibley@camarasibley.com

Attorneys for Plaintiffs

*Admitted *pro hac vice*

By: /s/ Katherine Bolger
Katherine M. Bolger
Hilary Oran
Marietta Catsambas (pro hac vice forthcoming)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com
mariettacatsambas@dwt.com

Attorneys for Defendants The New York Times
Company and Taylor Lorenz